■ LINCOLN FIRST BANK, N. A., as Executor and Testamentary Trustee of ALEXANDER B. IRELAND, Deceased, Respondent, v DELOS N. SANFORD et al., Defendants, and JAMES LEIFFER et al., Appellants. (Appeal No. 2.)—Appeal unani-

mously dismissed without costs *(see, Matter of Eric D., 162 AD2d 1051).* (Appeal from Order of Monroe County Surrogate's Court, Ciaccio, S.—Dismiss Petition.) Present—Denman, P. J., Callahan, Balio, Lawton and Davis, JJ.